**Order entered March 17, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01441-CV

### EVELYN DENSON, Appellant

### V.

### L AND L LANDSCAPING, Appellee

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-19-04721-B

### ORDER

Before the Court is appellant's March 12, 2020 motion for an extension of time to file her opening brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 20, 2020.

/s/    BILL WHITEHILL
       JUSTICE